**ORIGINAL**

AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: CR 05-1049 ODW |
| ) | USM No: 33229-112 |
| Date of Previous Judgment: 10/29/2007 ) | Michael J. Treman |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 32         Amended Offense Level: 29
Criminal History Category: IV      Criminal History Category: IV
Previous Guideline Range: 121 to 151 months    Amended Guideline Range: 100 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
  Defendant was sentenced to the statutory minimum of 120 months which was just below the guidelines range. Technically, defendant was not sentenced to a term of imprisonment based upon a sentencing range that has been lowered by the Sentencing Commission.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated 10/29/2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/19/2008

Effective Date: 06/19/2008                    Otis D. Wright II, U.S. District Judge
(if different from order date)                    Printed name and title